■ BRUNILDA TIRADO, Plaintiff, v BOVIS LEND LEASE LMB, INC., et al., Defendants. (And a Third-Party Action.) SAFEWAY ENVIRONMENTAL CORP., Second Third-Party Plaintiff-Appellant, v JOHN CATSIMATIDIS et al., Second Third-Party Defendants-Respondents. [853 NYS2d 879]—

No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Buckley and Catterson, JJ.